**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Lindsay A. Goulding, SBN 227195
Colleen R. Howard, SBN 257661
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
BEL AIR MART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY KUANG, an individual, | Civil Action No.: 2:15-cv-00160 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| BEL AIR MART; a California Corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | Complaint Filed: 1/20/15 |

## I

## INTRODUCTION

Plaintiff alleges wrongful termination in violation of the Labor Management Relations Act (LMRA) against his former employer, Defendant BEL AIR MART. Defendant contends that Plaintiff's suit has been filed beyond the statute of limitations. Plaintiff has requested additional time to fully analyze this issue.

## II

## STIPULATION

The Parties hereby stipulate as follows:

1. Plaintiff desires additional time to analyze the arguments raised by defendant, which plaintiff understands will form the basis of a motion to dismiss should plaintiff fail to

{01373640.DOCX}  1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON**

dismiss his case, with prejudice;

  2. In light of plaintiff's need for additional time to analyze this issue, and in an effort to avoid unnecessary expenses and litigation, the parties hereby stipulate to an extension of time for defendant to respond to the Complaint, which shall now be due by April 7, 2015.

  3. Neither party is prejudiced by this extension.

## III

## CONCLUSION

For the foregoing reasons, the parties ask this court to grant an order extending defendant's deadline to respond to the Complaint to April 7, 2015.

## IV

## ATTESTATION

I hereby attest that I have permission from plaintiff counsel to file this stipulation.

Dated: March 6, 2015    PORTER SCOTT
             A PROFESSIONAL CORPORATION

             By /S/ Lindsay A. Goulding
               Lindsay A. Goulding
               Attorney for Defendant Raley's

Dated: March 6, 2015    TASHROUDIAN LAW GROUP

             By /S/ Mona Tashroudian
               Mona Tashroudian
               Attorney for Plaintiff Jimmy Kuang

## ORDER

After considering the parties' Stipulation and GOOD CAUSE SHOWN, it is ordered that Defendant's deadline to respond to the Complaint shall be extended to April 7, 2015.

Dated: March 6, 2015    /s/ John A. Mendez
             Hon. John A. Mendez
             U.S. District Court Judge

{01373640.DOCX}  2

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND ORDER THEREON**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706