UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY KUANG, | No. 2:15-cv-160-KJM-EFB |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| BEL AIR MART, | |
| Defendant. | |

    This case was before the court on May 4, 2016, for hearing on defendant Bel Air Mart's motion to compel plaintiff, Jimmy Kuang, to provide further responses to defendant's Request for Production of Documents and Special Interrogatory No. 3. ECF No. 18. Attorney Derek Haynes appeared on behalf of defendant; attorney David Tashroudian appeared on behalf of plaintiff. For the reasons stated on the record, defendant's motion to compel is granted in part and denied in part as follows:

    1.   Requests for Admissions Nos. 1-6 pertain to the authenticity of documents. At the hearing plaintiff's counsel confirmed that plaintiff does not dispute the authenticity of each of the documents in question. Further, counsel confirmed that plaintiff admits that he signed each such document on the date indicated on the document. Accordingly, defendant's motion is granted in part as to Requests for Admissions Nos. 1-6 and those requests are confirmed as admitted as stated above.

2. The motion to compel is denied in all other regards.

3. Defendant's request for reimbursement of the reasonable expenses incurred in bringing the motion is denied. *See* Fed. R. Civ. P. 37(a)(5)(C) ("If the motion [to compel] is granted in part and denied in part, the court *may* apportion the reasonable expenses for the motion) (emphasis added).

DATED: May 12, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE